# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA McCRUM,<br><br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 5:22-cv-01016 RJK (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment shall be entered remanding to the Commissioner for further proceedings consistent with the Report and Recommendation.

DATED: 7/10/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE