JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA McCRUM,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:22-cv-01016 RJK (AFM)<br><br>**JUDGMENT OF REMAND** |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further administrative proceedings consistent with the Report.

DATED: 7/10/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE